USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-22-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SUNSHIP INC.,                         :
                                      :
            Plaintiff,                :
                                      :    09 Civ. 4258 (JSR)
       -v-                            :
                                      :    ORDER
SAMAD MISR. (EGYFERT), EL NASR STEEL  :
PIPES AND FITTINGS CO., EGYPTIAN      :
GENERAL PETROLEUM CORPORATION (EGPC), :
INTER PLAST, and MAN CREW BUILDING    :
SYSTEMS,                              :
                                      :
            DefendantS.               :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

On May 1, 2009, the Honorable P. Kevin Castel issued an order for process of maritime attachment and garnishment restraining defendants' property in accordance with Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. That order, by its terms, was to automatically expire if no assets were attached within 120 days. On May 6, 2009, the case was reassigned to this Court. On September 14, 2009, plaintiff's counsel submitted a letter requesting an additional extension to attach assets from defendant Samad Misr (Egyfert), against whom plaintiff has obtained partial security for its claims, and from defendants El Nasr Steel Pipes and Fittings Co. and Inter Plast, against whom plaintiff has not obtained any security for its claims.

The Court hereby grants the application and hereby extends the order of process of maritime attachment an additional 30 days, i.e., until October 21, 2009. If no assets have been attached by October 21, 2009, the order for process of maritime attachment shall

automatically expire and be vacated. No further extensions will be granted.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         September 22, 2009